men's Compensation Law, Respondent, for the Death of JAMES H. HENDERSON, v. JOHN DONOVAN COMPANY, Employer, and the UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Application of the BOARD OF WATER SUPPLY OF THE CITY OF NEW YORK, Appellant, etc.     THOMAS G. SOUTHARD, Respondent.— Order modified by striking therefrom the paragraphs numbered second, third and fourth, on the ground that the matters contained in those paragraphs are irrelevant to an order, and as so modified order unanimously affirmed, with ten dollars costs and disbursements to the respondent.

ANNIE L. McGARR, Respondent, v. JOHN E. GLADSTONE, Appellant.— Order unanimously affirmed, with costs. .

ALEXANDER RICE McKIM, Respondent, v. RUTLAND RAILROAD COMPANY, Appellant.— Judgment and order reversed on the ground that the damages are excessive, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the recovery to $6,000, in which event the judgment is so modified and as modified, judgment and order unanimously affirmed, without costs.     H. T. Kellogg, J., not sitting.

DONATO MORRONE, Respondent, v. FRANCESCO RICCIARDI, Appellant. — Order unanimously affirmed, with ten dollars costs and disbursements.

ROBERT J. O'CONNOR, Respondent, v. JAMES STEWART & COMPANY, INC., Appellant.— Judgment and order reversed on the ground that the damages are excessive, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the recovery to $3,000, in which case the judgment is so modified and as so modified, judgment and order affirmed, without costs.     All concurred.     H. T. Kellogg, J., not sitting.

FRANK OSBORN, Respondent, v. LEMON THOMSON and Others, Composing the Board of Examiners of Feeble-minded, Criminals and Other Defectives, Appellants.— Judgment unanimously affirmed on the opinion of Rudd, J., at Special Term.     (Reported in 103 Misc. Rep. 23.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES WRIGHT, Appellant.— Judgment of conviction unanimously affirmed.

CHARLES PREYER and ROBERT PREYER, Appellants, v. LEWIS MILLER, . Respondent.— Judgment unanimously affirmed, with costs.

JOHN W. ROWLANDS ·and Others, Appellants, v. ASA J. TIBBITTS and Others, Respondents.— Judgment and order unanimously affirmed, with costs.

WILLIAM L. REDMOND, Respondent, v. WALTER TIDD, Appellant.— Judgment and order unanimously affirmed, with costs.

MAX RIKOON, Appellant, v. HARRY KATZ, Respondent.— Judgment and order unanimously affirmed, with costs.

. F. H. ROBERTS COMPANY, INC., Appellant, v. JOHN PAPASTRAT and HARRY PAPASTRAT, Respondents.— Judgment unanimously affirmed, with costs.

ELLA SHEEHAN, by RUSSELL BEVAN, Her Guardian ad Litem, Respondnet, v. ADOLPH TEPPER and Others, Copartners, Doing Business under the

Name and Style of TEPPER BROTHERS, Appellants.— Judgment and order reversed on the ground that the damages are excesive, and new trial granted, with costs to appellant to abide event unless the plaintiff stipulates to reduce the recovery to $8,000, in which event the judgment is modified and as so modified judgment and order unanimously affirmed, without costs.